IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02009-BNB

DONALD OLOYEA WALLIN, a.k.a. OLOYEA WALLIN,

Applicant,

v.

VINCE EVERETT, Warden of KCCC, and
COLORADO ATTORNEY GENERAL OFFICE,

Respondents.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 4 2011

GREGORY C. LANGHAM
_____ CLERK

## ORDER OF DISMISSAL

Applicant, Donald Oloyea Wallin, a.k.a. Oloyea Wallin, is a prisoner in the custody of the Colorado Department of Corrections at the Four Mile Correctional Facility in Cañon City, Colorado. Mr. Wallin initiated this action by filing a pleading titled "Motion for Stay and Abeyance Habeas Corpus Action Until Completion of the Colorado Appellate Court Review of the Criminal Action." On August 9, 2011, Magistrate Judge Boyd N. Boland entered an order instructing Mr. Wallin to cure a certain deficiency if he wished to pursue his claims. Magistrate Judge Boland specifically ordered Mr. Wallin to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

On September 9, 2011, Mr. Wallin filed a Motion for Extension of Time to cure the deficiency. Magistrate Judge Boland granted the extension allowing Mr. Wallin thirty days to comply. Mr. Wallin now has failed to cure the deficiency within the time allowed. The Court, therefore, will dismiss the action without prejudice. To the extent that Mr. Wallin is asking this Court to stay the instant action while he exhausts his state court remedies, the Court will deny the request. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiency. It is

FURTHER ORDERED that Mr. Wallin's request to stay the action while he exhausts his state court remedies, Doc. No. 1, is denied.

DATED at Denver, Colorado, this __24th__ day of __October__, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02009-BNB

Oloyea D Wallin
Prisoner No. 111389
Four Mile Correctional Center
PO Box 300
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 24, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk